IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID TWEED,<br><br>Defendant. | Criminal No. 22-cr-30030-MGM |

**GOVERNMENT'S MOTION TO**
**UNSEAL INDICTMENT**

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on August 30, 2022 and that there is no further reason to keep the indictment secret.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: *<u>/s/ Catherine G. Curley</u>*
CATHERINE G. CURLEY
Assistant U.S. Attorney

Date: August 30, 2022