UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22-cr-30030-MGM |
| DAVID TWEED, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER OF EXCLUDABLE DELAY**

KATHERINE A. ROBERTSON, U.S. MAGISTRATE JUDGE:

The government has moved for an order of excludable delay. The Court finds that the time from October 3, 2022, the date of the defendant's arraignment, until December 15, 2022, the date of the initial status conference, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act.

The Court finds this time period excludable on the ground that the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2. This exclusion serves the "ends of justice" within the meaning of 18 U.S.C. 3161(h)(7)(A) as it will allow the government time to complete initial automatic disclosures and allow the defense time to review the produced discovery and decide whether to make any discovery requests.

____________________________
KATHERINE A. ROBERTSON
U.S. MAGISTRATE JUDGE

Dated: __________________